








```
JPP    8/30/02    10:35
3:02-CV-01731   CONTINENTAL INS V. PANALPINA INC
*2*
*SM.*
```

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

THE CONTINENTAL INSURANCE COMPANY, a corporation; and QUALCOMM INCORPORATED, a corporation

vs.

PANALPINA, INC., a corporation

SUMMONS IN A CIVIL ACTION

Case No. _____

'02 CV 1731 JM (JAH)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Michael W. Lodwick, Esq.
HAIGHT BROWN & BONESTEEL LLP
5 Hutton Centre Drive, Suite 900
Post Office Box 2510
Santa Ana, California 92707-0510
Telephone: (714) 754-1100
Facsimile: (714) 754-0826

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

8-29-2002
DATE

By _____, Deputy Clerk

Summons in a Civil Action